_Brenda Moody_

**Brenda Moody Whinery, Chief Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GOLD STAR CAPITAL LLC, | Case No. 4:18-bk-06129-BMW |
| Debtor(s). | **ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE** |

This matter came before the Court pursuant to the Court's *sua sponte* motion to consider dismissal of the case for cause. At a hearing held on December 19, 2018, the Court issued its findings of facts and conclusions of law on the record determining that the Debtor's Chapter 11 Plan was by its terms not confirmable, in part because the case was not filed in good faith, the plan was not proposed in good faith, and because the plan violated 11 U.S.C. § 524(e). An *Order Denying Confirmation of Debtor's Chapter 11 Plan* was entered by the Court on January 3, 2019. At the conclusion of the hearing on December 19, 2018, the Court set a hearing on January 23, 2019, to consider whether the case should be dismissed. Upon consideration of the Debtor's Response to the Court's motion, and arguments presented by counsel, the Court issued its findings of facts and conclusions of law, as set forth on the record on January 23, 2019, which are incorporated herein in their entirety.

Based upon the foregoing and for good cause shown;

IT IS HEREBY ORDERED that the Debtor's Chapter 11 case is DISMISSED.

DATED AND SIGNED ABOVE.