# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | GOLD STAR CAPITAL LLC |
| **Case Number:** | 4:18-BK-06129-BMW     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 23, 2019 10:15 AM    COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

### Matter:

THE COURT'S MOTION TO DISMISS (SET AT HEARING HELD 12/19/18)

**R / M #:** 97 / 0

### Appearances:

LEONARD MCDONALD, REPRESENTING US BANK, CARRINGTON MORTGAGE, AND SHELLPOINT MORTGAGE AND APPEARING BY VIDEO

KRISTIN MCDONALD, REPRESENTING WELLS FARGO BANK AND PNC BANK AND APPEARING BY VIDEO

KASEY NYE, REPRESENTING GOLD STAR CAPITAL, LLC AND APPEARING IN PERSON

Page 1 of 2

Case 4:18-bk-06129-BMW    Doc 130    Filed 01/23/19    Entered 01/30/19 16:28:47    Desc
Main Document    Page 1 of 3     01/30/2019   4:28:31PM

# Minute Entry

(continue)... 4:18-BK-06129-BMW      WEDNESDAY, JANUARY 23, 2019 10:15 AM

### *Proceedings:*

The Court states that this hearing was set after the last hearing in order for the Court to consider conversion or dismissal. The Court has reviewed the pleadings.

Mr. Nye reports that the debtor has proposed 363 sales to the creditors and is attempting to cure. Properties will be abandoned or cured. There are two properties that the debtor is proposing a cure where stay relief has been granted. Motions to Reconsider have been filed with respect to those two properties. Additionally, the debtor is proposing to jointly administer Gold Star Capital and Heart Fire Capital (4:18-bk-09704). The debtor is requesting permission to prosecute this plan.

Mr. McDonald reports that his clients don't want to be involved in this situation. The debtor is still attempting to modify obligations to which it is not a party and which could not be modified by the original borrowers. This is a misuse of the reorganization process and an abuse of the Code. His clients do not want these obligations treated as anything other than primary residence loans. He requests that this case be dismissed or converted immediately.

Ms. McDonald concurs. All of the *In re Duvar Apt., Inc.* factors are present even with a cure plan. The purpose of a Chapter 11 business reorganization is to assist an ongoing business. There is no ongoing business with this business model.

My Nye responds. If the creditors don't want to pursue the 363 sales, then the properties will go to trustee's sales. The cure provides for the loans to be reinstated. The lenders will receive every dollar within 48 months. There are tenants in some of the properties. He argues that this plan is a good faith attempt to reorganize.

**10:46 AM**
COURT: THE COURT ISSUES ITS RULING ON THE RECORD. BASED UPON SUCH RULING, THIS CASE IS DISMISSED FOR CAUSE PURSUANT TO 11 U.S.C. 1112(b). MR. MCDONALD MAY UPLOAD A FORM OF ORDER.

Mr. McDonald asks if the this ruling also applies to Heart Fire Capital.

Mr. Nye states that Heart Fire Capital is the same as Gold Star Capital. His client had an opportunity to be heard and the arguments would be exactly the same in Heart Fire Capital. Dismissal of Heart Fire Capital without another hearing will not generate any due process concerns.

COURT: THE FACTORS ARE THE SAME IN HEART FIRE CAPITAL, LLC (4:18-bk-09704). THE RULING ISSUED TODAY APPLIES TO HEART FIRE CAPITAL. HEART FIRE CAPITAL IS DISMISSED. MR. MCDONALD MAY UPLOAD A FORM OF ORDER.

Page 2 of 2
Case 4:18-bk-06129-BMW   Doc 130   Filed 01/23/19   Entered 01/30/19 16:28:47   Desc
Main Document   Page 2 of 3
01/30/2019   4:28:31PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry